| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Shelly Hart<br>21781 Ventura Blvd. No. 311<br>Woodland Hills, CA 91364<br>310 600 7607 | | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>11-8-2021<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____KMH_____ DEPUTY |

ATTORNEY(S) FOR: Plaintiff in Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SHELLY HART | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-08786-CJC-KK |
| v. | |
| The State Bar of California, Steve Mazer, William Todd, Jason Kwan, Tiffany F. Sorensen, Susan Kim, Drew Aresca, and Does 1 through 50, inclusive, Defendant(s) | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Shelly Hart_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Kimball Tirey & St. John, LLP | Subject of the lawsuit but not a defendant |
| Jamie Sternberg, ELi Gordon | Subject of the lawsuit but not a defendant |
| Justin Bubion | Subject of the lawsuit but not a defendant |
| William Lieb | Subject of the lawsuit but not a defendant |
| Michael Raichelson | Subject of the lawsuit but not a defendant |
| Anita Gumm | Subject of the lawsuit but not a defendant |
| Harry Safarian | Subject of the lawsuit but not a defendant |
| Pierro Babaian | Subject of the lawsuit but not a defendant |
| Carol Newman | Subject of the lawsuit but not a defendant |
| Tommy Pan, Cary Wood | Subject of the lawsuit but not a defendant |
| Ashan Peiris, Steven Parminter | Subject of the lawsuit but not a defendant |

11.4.2021
Date

Signature: _Shelly Hart_

Attorney of record for (or name of party appearing in pro per):

Shelly Hart

CV-30 (05/13)    NOTICE OF INTERESTED PARTIES