AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SHELLY HART

*Plaintiff(s)*

v.

The State Bar of California, Steve Mazer, William Todd, Jason Kwan, Tiffany F. Sorensen, Susan Kim, Drew Aresca, DOES 1 through 50, inclusive,

*Defendant(s)*

Civil Action No.  2:21-cv-08786-CJC-KK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shelly Hart
21781 Ventura Blvd., No. 311
Woodland Hills, CA 91364

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 11-8-21

## Summons (AO 440) Continued

Steve Mazer
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

William Todd
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

Jason Kwan
State Bar of California
180 Howard Street
San Francisco, CA 94105

Tiffany F. Sorensen
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

Susan Kim
845 S. Figueroa Street
Los Angeles, CA 90017

Drew Aresca
845 S. Figueroa Street
Los Angeles, CA 90017