**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shelly Hart <br><br> PLAINTIFF(S) <br> v. <br><br> The State Bar of California et al <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 2:21-cv-08786-CJC-KK <br><br> **NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry   have/has been corrected as indicated below.

Title of scanned document:   APPLICATION for Pro Se Litigant to electronically file documents

Filed date:   11/8/2021        Document Number(s):   no item control

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 21-01, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF   was stamped on the document. The correct date is _____.

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other:   Application for Pro Se Litigant to electronically file documents was not attached to the docket entry and did not get an item control number. Application has been re-docketed please see docket item 5.

CLERK, U.S. DISTRICT COURT

Date:   November 10, 2021        By:   Carmen Lujan   Carmen_Lujan@cacd.uscourts.gov
                                        Deputy Clerk

G-11 (03/21)                         NOTICE OF CLERICAL ERROR