UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HART,<br><br>               Plaintiff,<br><br>               v.<br><br>THE STATE BAR OF CALIFORNIA, ET AL.,<br><br>             Defendant(s). | Case No. CV 21-8786-CJC (KK)<br><br>INITIAL CIVIL RIGHTS CASE ORDER |

       This case has been referred to Magistrate Judge Kenly Kiya Kato for pretrial proceedings.

       In preparing and submitting all pleadings and correspondence, Plaintiff must comply with the following requirements:

       1.     All future pretrial documents must be submitted for filing either by: 1) direct filing at the Court's filing window; 2) by mail, addressed to: "Clerk, U.S. District Court, 3470 12th Street, Riverside, CA 92501"; or 3) using the Court's Electronic Document Submission System ("EDSS") at https://apps.cacd.uscourts.gov/edss. Only internet access and an e-mail address are required to access the EDSS. Documents submitted through EDSS must be submitted in PDF format through an online portal on the Court's website. To access EDSS and for additional information, visit the Court's website at: https://apps.cacd.uscourts.gov/edss. (Attorneys may not

use EDSS to submit documents on behalf of their clients. Attorneys are required by the local rules to file documents electronically using the Court's CM/ECF System).

2. All documents must include the title and case number, including any initial letters.

3. At the top of the first page of any document sent to the Court, Plaintiff must provide Plaintiff's name and mailing address. The Court will assume the address is correct and will continue to use it to communicate with Plaintiff until informed of a change.

4. All documents must be legibly and clearly typed, printed or handwritten, on one side of the paper only, and should have at least a one-inch margin at the top of each page.

5. Plaintiff must send the court one copy of each document submitted for filing.

6. Plaintiff is advised to keep a copy of any document sent to the Court.

7. Once any defendant has appeared or has been served with the complaint and summons, when Plaintiff sends a new document to the Court, Plaintiff must also serve it on each defendant by mailing a copy to the defendant (or, if the defendant is represented by an attorney, to the defendant's attorney) at the address for defendant or defendant's attorney shown on Court orders or the defendant's filings. Plaintiff must also attach a "proof of service," to the document sent to the Court, stating, under penalty of perjury, that a copy was mailed to each defendant (or each defendant's attorney) and such date it was mailed. If any pleading or other paper submitted to the Court by Plaintiff does not include a proof of service upon the defendant (or defendant's attorney), it may be stricken from the case and disregarded by the Court.

8. As long as this action is pending, Plaintiff must <u>immediately</u> notify the Court and the defendants (or the defendants' attorneys) of any change in Plaintiff's address and the effective date of such address change. If Plaintiff fails to keep the

1 Court informed of a correct mailing address, this case may be dismissed under Local
2 Civil Rule 41-6, which states as follows:

> 3 If mail directed by the Clerk to a pro se plaintiff's address of record is returned
> 4 undelivered by the Postal Service, and if, within fifteen (15) days of the service
> 5 date, such plaintiff fails to notify, in writing, the Court and opposing parties of
> 6 his current address, the Court may dismiss the action with or without prejudice
> 7 for want of prosecution.

8 L.R. 41-6.

9      9. Notwithstanding Local Civil Rule 16-12(c), in cases in which any plaintiff
10 appears pro se, the parties must meet and confer in compliance with Local Civil Rule
11 7-3, unless the pro se plaintiff is incarcerated.

12      10. Federal Pro Se Clinic Information **(note that the Clinic may not be**
13 **open for in-person appointments during the COVID-19 pandemic):**

14      The Court notes that parties proceeding pro se, i.e. without an attorney, often
15 face special challenges in federal court. The Public Service Law Corporation runs a
16 free Federal Pro Se Clinic at the following federal courthouses where pro se litigants
17 can get information and guidance:

> 18 (1) Roybal Federal Building and Courthouse, 255 East Temple Street, Suite
> 19 170, Los Angeles, California 90012. The Los Angeles location of the clinic
> 20 operates by appointment only. Pro se litigants may schedule an appointment
> 21 either by calling the clinic at (213) 385-2977, ext. 270 or submitting an internet
> 22 request at http://prose.cacd.uscourts.gov/los-angeles. Clinic staff can respond
> 23 to many questions with a telephonic appointment or through email. It may be
> 24 more convenient to email questions or schedule a telephonic appointment.
> 25 Staff can also schedule you for an in-person appointment.
> 26 (2) George E. Brown Federal Building, 3470 Twelfth Street, Room 125,
> 27 Riverside, CA 92501. Open Tuesdays and Thursdays between 10:00 AM and
> 28 2:00 PM (note pandemic hours may change). For more information, pro se

3

litigants may call (951) 682-7968 or visit http://prose.cacd.uscourts.gov/riverside.

(3)     Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Room 1055, Santa Ana, CA 92701.  Open Thursdays between 10:00 AM and 12:00 PM and 1:30 PM and 3:30 PM.  For more information, pro se litigants may call (714) 541-1010, ext. 222 or visit http://prose.cacd.uscourts.gov/santa-ana.

Further information about the Federal Pro Se Clinic may be found on the Court's website at http://court.cacd.uscourts.gov/cacd/ProSe.nsf.

Compliance with these requirements, and with all other Court rules, will help the Court to avoid unnecessary delays in deciding this case.

Dated:  November 12, 2021

_____
HONORABLE KENLY KIYA KATO
United States Magistrate Judge