**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shelly Hart, <br><br> PLAINTIFF(S) <br> v. <br> The State Bar of California, et al., <br><br> DEFENDANT(S) | CASE NUMBER <br><br> 2:21-cv-08786-CJC-KK <br><br> **ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC FILING** |

IT IS ORDERED that the Application for Permission for Electronic Filing by    Plaintiff

Shelly Hart   is hereby:

[✓]  **GRANTED**

   Pursuant to Local Rule 5-4.1.1, the applicant must register to use the Court's CM/ECF System within five (5) days of being served with this order.  Registration information is available at the Pro Se Litigant E-Filing web page located on the Court's website.  Upon registering, the applicant will receive a CM/ECF login and password that will allow him/her to file non-sealed documents electronically in this case only.  Any documents being submitted under seal must be manually filed with the Clerk.

Dated:   November 15, 2021

*[signature: Kenly]*

United States ~~District~~/Magistrate Judge

[ ]  **DENIED**

*Comments:*

Dated:  _____

United States District/Magistrate Judge

CV-05 Order (12/15)    ORDER RE APPLICATION FOR PERMISSION FOR ELECTRONIC CASE FILING