Case 2:21-cv-08786-CJC-KK Document 3 Filed 11/08/21 Page 1 of 2 Page ID #:54
Case 2:21-cv-08786-CJC-KK Document 9 Filed 01/06/22 Page 1 of 9 Page ID #:66
AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| SHELLY HART )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>The State Bar of California, Steve Mazer, William )<br>Todd, Jason Kwan, Tiffany F. Sorensen, Susan Kim, )<br>Drew Aresca, DOES 1 through 50, inclusive, )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 2:21-cv-08786-CJC-KK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Shelly Hart
21781 Ventura Blvd., No. 311
Woodland Hills, CA 91364

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11-8-21

*Signature of Clerk or Deputy Clerk*

## Summons (AO 440) Continued

Steve Mazer
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

William Todd
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

Jason Kwan
State Bar of California
180 Howard Street
San Francisco, CA 94105

Tiffany F. Sorensen
State Bar of California
845 S. Figueroa Street
Los Angeles, CA 90017

Susan Kim
845 S. Figueroa Street
Los Angeles, CA 90017

Drew Aresca
845 S. Figueroa Street
Los Angeles, CA 90017

Civil Action No. 2:21-cv-08786-CJC-KK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The State Bar of California, Steve Mazer, William Todd Jason Kwan, Tiffany F. Sorensen, Susan Kim, Drew Aresca.

was received by me on *(date)* 12/18/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Email service demanded by the state bar as to all defendants - see attached documents.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 01/05/2022

*Russell Loza*
Server's signature

Russell Loza # 2013132395
Printed name and title

3637 Glendon Ave # 203
Los Angeles, CA 90034
Server's address

Additional information regarding attempted service, etc:



# The State Bar of California

## INSTRUCTIONS FOR SERVICE OF LEGAL PROCESS

(This notice does not apply to filings in the State Bar Court. If you are filing such a document, please proceed to the State Bar Court filing window.)

**THE STATE BAR OF CALIFORNIA IS CURRENTLY ACCEPTING SERVICE OF LEGAL PROCESS (SUMMONSES, COMPLAINTS, AND SUBPOENAS) BY EMAIL INSTEAD OF PERSONAL SERVICE.** [1]

- **PLEASE SERVE YOUR DOCUMENT(S) BY EMAILING THEM TO SERVICEOFPROCESS@CALBAR.CA.GOV.**

- **DO NOT LEAVE ANY DOCUMENTS WITH SECURITY IN THE LOBBY OR ELSEWHERE, AS THEY WILL NOT BE ACCEPTED.**

- **IF YOU ARE ATTEMPTING TO TENDER WITNESS FEES, PLEASE INDICATE THAT IN YOUR EMAIL MESSAGE AND YOU WILL RECEIVE FURTHER INSTRUCTIONS FOR DELIVERY OF THOSE FEES.**

---

[1] The State Bar will only accept legal documents naming the State Bar (or its employees and officers for matters in connection with their official duties). The State Bar is not authorized to accept service of process on behalf of its employees and officers regarding matters outside the scope of their official duties. By receiving your document(s), the State Bar and its employees and officers do not waive any right to object to the validity of service. Your document will be reviewed after receipt and you will be notified if service is rejected due to a defect.

San Francisco Office
180 Howard Street
San Francisco, CA 94105

www.calbar.ca.gov

Los Angeles Office
845 S. Figueroa Street
Los Angeles, CA 90017

## Fw: Service of Process of The State Bar of California

**By the Book Attorney Service** <info@bythebookattorneyservice.com>
Mon 1/3/2022 1:36 PM

To: Shelly Hart <shelly@hartvstatebar.com>

Hi Shelly,

I just received this response right now. Please see below. I will provide you with a proof of electronic service shortly.

Russell
By the Book Attorney Service
3637 Glendon Ave Suite 203
Los Angeles, CA 90034
(818) 445-7448 - Phone
(818) 584-7246 - Fax

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** serviceofprocess
**Sent:** Monday, January 3, 2022 1:32 PM
**To:** By the Book Attorney Service
**Subject:** RE: Service of Process of The State Bar of California

You received an automatic acknowledgment on December 27, 2021. This message shall serve as further confirmation of receipt.

Office of General Counsel
The State Bar of California | 180 Howard St. | San Francisco, CA 94105
415.538.2000

*This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.*

**From:** By the Book Attorney Service <info@bythebookattorneyservice.com>
**Sent:** Monday, January 3, 2022 1:24 PM
**To:** serviceofprocess <serviceofprocess@calbar.ca.gov>
**Subject:** Fw: Service of Process of The State Bar of California

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you

recognize the sender and know the content is safe.

To whom it may concern,

I still haven't received confirmation that you guys received the documents below. We were instructed to email them to this email address. Please see attached!

Russell
By the Book Attorney Service
3637 Glendon Ave Suite 203
Los Angeles, CA 90034
(818) 445-7448 - Phone
(818) 584-7246 - Fax

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** By the Book Attorney Service
**Sent:** Monday, December 27, 2021 12:13 PM
**To:** serviceofprocess@calbar.ca.gov
**Subject:** Service of Process of The State Bar of California

To whom it may concern,

Attached is a Summons & Complaint to be served on:

1) The State Bar of California

2) Steve Mazer

3) William Todd

4) Tiffany F. Sorensen

5) Susan Kim

6) Drew Aresca


- Please confirm reception of this email.


Russell
By the Book Attorney Service

3637 Glendon Ave Suite 203
Los Angeles, CA 90034
(818) 445-7448 - Phone
(818) 584-7246 - Fax

**CONFIDENTIALITY NOTICE:**

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**Fw: Service of Process on Jason Kwan**

By the Book Attorney Service <info@bythebookattorneyservice.com>
Tue 1/4/2022 11:30 AM
To: Shelly Hart <shelly@hartvstatebar.com>

Hi Shelly,

They accepted service on behalf of Jason Kwan just now. I will provide you with a Proof of Service shortly.

Russell
By the Book Attorney Service
3637 Glendon Ave Suite 203
Los Angeles, CA 90034
(818) 445-7448 - Phone
(818) 584-7246 - Fax

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** serviceofprocess
**Sent:** Tuesday, January 4, 2022 11:20 AM
**To:** By the Book Attorney Service
**Subject:** RE: Service of Process on Jason Kwan

Received

Office of General Counsel
The State Bar of California | 180 Howard St. | San Francisco, CA 94105

This message may contain confidential information that may also be privileged. Unless you are the intended recipient or are authorized to receive information for the intended recipient, you may not use, copy, or disclose the message in whole or in part. If you have received this message in error, please advise the sender by reply e-mail and delete all copies of the message. Thank you.

**From:** By the Book Attorney Service <info@bythebookattorneyservice.com>
**Sent:** Tuesday, January 4, 2022 11:16 AM
**To:** serviceofprocess <serviceofprocess@calbar.ca.gov>
**Subject:** Service of Process on Jason Kwan

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

To whom it may concern,

Attached is a Summons & Complaint to be served on Jason Kwan. Please confirm reception of this email. Thank you!

Russell
By the Book Attorney Service
3637 Glendon Ave Suite 203
Los Angeles, CA 90034
(818) 445-7448 - Phone
(818) 584-7246 - Fax

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.