UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-08786-CJC (KK) | Date | February 8, 2022 |
|---|---|---|---|
| Title | Shelly Hart v. The State Bar of California, et al. | | |

| Present: The Honorable | **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE** |
|---|---|
| Donnisha Brown | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:** **(IN CHAMBERS) ORDER**

On January 14, 2022, defendants The State Bar of California, Steve Mazer, William Todd, Jason Kwan, Tiffany F. Sorensen, Susan Kim, and Drew Aresca ("Defendants") filed a Motion to Dismiss the Complaint. Dkt. 10.  Defendants set a hearing for February 24, 2022. Id. On January 27, 2022, plaintiff Shelly Hart filed an Opposition. Dkt. 11.  On February 7, Defendants filed a Reply. Dkt. 12. The Court finds the motion appropriate for decision without oral argument. Hence, the February 24, 2022 hearing is hereby VACATED, and the matter is taken under submission.

Initials of Preparer      dsb