# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 21-08786-CJC (KK) | Date | March 11, 2022 |
|---|---|---|---|
| Title | Shelly Hart v. The State Bar of California, et al. | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Donnisha Brown | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings:**          **(IN CHAMBERS) ORDER**

On November 8, 2021, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 alleging Defendants violated her right to equal protection under the Fourteenth Amendment. Dkt. 1.  On January 14, 2022, Defendants filed a Motion to Dismiss the Complaint. Dkt. 10. On January 27, 2022, Hart filed an Opposition to the Motion to Dismiss. Dkt. 11. On February 7, 2022, Defendants filed a Reply in support of the Motion to Dismiss.  Dkt. 12. However, in light of the Court's <u>sua sponte</u> dismissal of the Complaint with leave to amend, dkt. 14, Defendants' Motion to Dismiss is DENIED as MOOT.

Initials of Preparer         dsb