JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY HART,<br><br>                Plaintiff,<br><br>         v.<br><br>THE STATE BAR OF CALIFORNIA, ET AL.,<br><br>                Defendant(s). | Case No. CV 21-8786-CJC (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: May 25, 2022

                                               HONORABLE CORMAC J. CARNEY
                                               United States District Judge